UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEYAKANTHAN MATHIYUKAN,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-798-P |
| VERSUS | JUDGE DRELL |
| WILLIAM BARR,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF Nos. 1, 5) is hereby DENIED and DISMISSED WITHOUT PREJUDICE to refiling should Petitioner's confinement become unconstitutional.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 9th day of September, 2020.

DEE. D. DRELL
UNITED STATES DISTRICT JUDGE